No. 97–336.  UNITED STATES EX REL. BERGE v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–340.  IN RE MILLIGAN.  C. A. Fed. Cir.  Certiorari denied.

No. 97–345.  CALDWELL v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 97–352.  ADAM v. DICKINSON PLACE CHARITABLE CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–354.  JACOB v. METROLASER, INC., ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 97–357.  QUINTERO-CRUZ v. WARD, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 97–377.  FASI v. GANNETT CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–388.  LDG TIMBER ENTERPRISES, INC. v. GLICKMAN, SECRETARY OF AGRICULTURE.  C. A. Fed. Cir.  Certiorari denied.

No. 97–392.  MONTEFOLKA v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 97–415.  DROBNY ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 97–417.  ESSEX ELECTRO ENGINEERS, INC. v. WIDNALL, SECRETARY OF THE AIR FORCE.  C. A. Fed. Cir.  Certiorari denied.

No. 97–443.  HALE v. NATIONAL CENTER FOR STATE COURTS.  Sup. Ct. Va.  Certiorari denied.

No. 97–455.  KEARNS v. RUNYON, POSTMASTER GENERAL, ET AL.  C. A. 8th Cir.  Certiorari denied.